UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAURIE D. MCFADIN and | § | |
| STACY L. MCFADIN | § | |
| d/b/a Two Bar West, | § | |
| Plaintiffs | § | |
| v. | § | CIVIL ACTION SA-08-CV-0598 FB |
| ETERNAL PERSPECTIVES, LLC, | § | |
| LYNN GERBER and | § | |
| WILLIAM GERBER II | § | |
| d/b/a Foxy Roxy's, and | § | |
| d/b/a Eternal Perspective Handbags | § | |
| Defendants. | § | |

## **MOTION TO WITHDRAW REBECCA K. LIVELY AS ATTORNEY OF RECORD**

Hanor & Associates respectfully moves the Court to permit the withdrawal of Rebecca K. Lively as counsel for Plaintiffs Laurie and Stacie McFadin d/b/a Two Bar West. As of September 2010, Ms. Lively is no longer with the firm. Our clients were informed of her departure at the time it occurred. Therefore, we respectfully request that her presence as counsel for this case be removed.

Plaintiff is currently and will continue to be represented by attorney in charge, Charles W. Hanor.

Respectfully submitted,

*/s/ Charles W. Hanor*

Charles W. Hanor
Texas Bar No. 08928800
Hanor & Associates
750 Rittiman Road
San Antonio, Texas 78209
Telephone: (210) 829-2002
Facsimile: (210) 829-2001
chanor@hanor.com
ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 23, 2010 a true and correct copy of the foregoing pleading was filed via the Court's CM/ECF system which will send notification to the following:

J. BRENT GARFIELD
112 N. RUBEY DR. UNIT 200
GOLDEN, CO 80403

                          *Charles W. Hanor*
                          _____
                          Charles W. Hanor

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAURIE D. MCFADIN and STACY L. MCFADIN d/b/a Two Bar West, | § § § § | |
| *Plaintiffs.* | § § § | |
| v. | § | CIVIL ACTION SA-08-CV-0598 FB |
| ETERNAL PERSPECTIVES, LLC, LYNN GERBER and WILLIAM GERBER II d/b/aFoxy Roxy's, and d/b/aEternal Perspective Handbags | § § § § § § § | |
| *Defendants.* | § | |

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR REMOVAL OF REBECCA K. LIVELY AS ATTORNEY OF RECORD

On the date indicated below came on for consideration, Plaintiffs' Motion for Removal of Rebecca K. Lively as Attorney of Record.

The Court, after considering the motion, is of the opinion the motion should be GRANTED.

SIGNED and ENTERED on this _____ day of _____, 2010.

_____
United States District Judge