IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LAURIE D. MCFADIN and<br>STACY L. MCFADIN<br>d/b/a Two Bar West,<br><br>          Plaintiffs,<br>  v.<br><br>ETERNAL PERSPECTIVES, LLC,<br>LYNN GERBER and<br>WILLIAM GERBER II<br>d/b/a Foxy Roxy's, and<br>d/b/a Eternal Perspective Handbags,<br><br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO.<br><br>     SA-08-CV-0598 FB (NN) |

## ORDER GRANTING REQUEST TO ENTER AN AWARD OF EXPENSES

The matter before the Court is plaintiffs' unopposed request to enter an award of expenses (docket entry 117) as supplemented by docket entry #143.

Consistent with the Court's award of expenses in amount to be determined after submission of appropriate documentation (docket entry 92), and finding that the expenses which have been described in the plaintiffs' documentation received on November 24 and January 19 were reasonably incurred in connection with the unopposed motions to compel (docket entries 88 and 89), and that the hourly rate and hours expended are likewise reasonable,

It is ORDERED that plaintiffs are awarded and defendants are to pay plaintiffs **$4,520.00** pursuant to Federal Rule of Civil Procedure 37(a)(5) and the Court's September 24, 2010 Order (docket entry 92), to be paid to plaintiffs **no later than 15 days from date of this Order**.

SIGNED on January 31, 2011.

*Nancy Stein Nowak*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE